In the Matter of Alfred Epstein.— Application granted.

Louis E. Calitri, as Executor, v. The City of New York, Impleaded.— Motion to dismiss appeal granted, with ten dollars costs.

William L. Drummond v. The City of New York and Others.— Motion to dismiss appeal granted, with ten dollars costs.

Henry Halpin v. The City of New York.— Motion to dismiss appeal granted, with ten dollars costs. .

Hammond & Sloane, Inc., v. The City of New York.— Motion to dismiss appeal granted, with ten dollars costs.

Abraham Krug v. The City of New York, Impleaded.— Motion to dismiss appeal granted, with ten dollars costs.

Abraham Krug v. The City of New York, Impleaded.— Motion to dismiss appeal granted, with ten dollars costs.

John P. O'Connor, as Administrator, etc., v. The City of New York.— Motion to dismiss appeal granted, with ten dollars costs.

The People of the State of New York ex rel. Frederick A. Brown v. Henry S. Thompson, as Commissioner, etc.— Motion to dismiss appeal granted, with ten dollars costs.

The People of the State of New York ex rel. Eugene C. Casey v. John C. McGuire and Others, etc.— Motion to dismiss appeal granted, with ten dollars costs.

The People of the State of New York rel. Frank J. McCaffery, Jr., v. Henry S. Thompson, as Commissioner, etc.— Motion to dismiss appeal granted, with ten dollars costs.

The People of the State of New York ex rel. Emanuel Speziale v. Ernst J. Lederle, as Commissioner, etc.— Motion to dismiss appeal granted, with ten dollars costs.

The People of the State of New York ex rel. Vincent W. Woytiseck v. Max S. Grifenhagen, as Register of the County of New York.— Motion to dismiss appeal granted, without costs.

Abraham Rauschkolb v. Antonio Palladino, etc., and Others.— Motion to dismiss appeal granted, with ten dollars costs.

Blanche Rauschkolb v. Antonio Palladino, etc., and Others.— Motion to dismiss appeal granted, with ten dollars costs.

Gittel Fuchs, as Administrator, etc., v. Adrian H. Joline and Douglas Robinson, as Receivers, etc.— Motion to dismiss appeal granted, with ten dollars costs.

Riva Kaminsky, as Administratrix, etc., v. New York City Railway Company.— Motion to dismiss appeal granted, with ten dollars costs.

Guiseppe Conti and Others, etc., v. People's Surety Company of New York.— Motion granted, unless appellant comply with terms stated in order.

Annie Steinhardt, as Executrix, etc., v. Peter De Lacey.— Motion granted, unless appellant comply with terms stated in order.